IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA NAULT,

    Plaintiff,

v.

ALLIANCE COLLECTION AGENCIES, INC.,

    Defendant.

Case No. 19-cv-855-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Tina Nault against defendant Alliance Collection Agencies, Inc. in the amount of $1001.00.

| s/ R. Swanson, Deputy Clerk | 12/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |